FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6,6,02
BY

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
JUN 4 2002
CHARLES R. FULBRUGE III
CLERK

No. 01-31453
USDC No. 97-CV-750

KIRKSEY MCCORD NIX,

                    Petitioner-Appellant,

versus

BURL CAIN, Warden, Louisiana State Penitentiary,

                    Respondent-Appellee.

---

Appeal from the United States District Court
for the Western District of Louisiana

---

O R D E R:

Kirksey McCord Nix, Jr., has filed a motion for a certificate of appealability (COA), seeking to appeal orders denying reinstatement of two of his 28 U.S.C. § 2254 habeas corpus claims.

Because Nix failed to file a timely notice of appeal or an application for extension of time, this court lacks jurisdiction of his appeal from the October 9, 2001, order. See Wilkens v. Johnson, 238 F.3d 328, 330-31 (5th Cir. 2001). Although Nix is currently a federal prison inmate, he did not have 60 rather than 30 days in which to file his notice of appeal, because neither



O R D E R
No. 01-31453
- 2 -

the United States, its officer, nor its agency is a party to this 28 U.S.C. § 2254 action. See FED. R. APP. P. 4(a)(1).

Nix also seeks to appeal the district court's March 12, 2001, denial of his motion to reinstate two habeas corpus claims which had been dismissed for failure to exhaust state remedies. By his motion, Nix was attempting to reopen a closed case. See Nix v. Cain, No. 99-30139 (5th Cir. Feb. 22, 2001)(unpublished). Nix is not entitled to a COA because he has not shown that the district court's ruling violated his constitutional rights. See 28 U.S.C. § 2253(c); Rose v. Lundy, 455 U.S. 509, 520-21 (1982).

COA DENIED.

_____
EDITH H. JONES
UNITED STATES CIRCUIT JUDGE

COPY SENT
DATE 6/6/02
BY
TO:

A true copy
  Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
          Deputy
New Orleans, Louisiana  JUN 0 4 2002

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

June 4, 2002

Mr Robert H Shemwell, Clerk
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101

      No. 01-31453 Nix v. Cain
      USDC No. 97-CV-750

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 5 ) Volumes    (   ) Envelopes    ( 3 ) Boxes
        (SENT UNDER SEPARATE COVERS)

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Kim Folse, Deputy Clerk
    504-310-7712

cc: w/encl:
    Mr Kirksey M Nix Jr
    Mr Valentin Michael Solino

MDT-1